RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, | Case Number C15-1434 |
| Plaintiff, | |
| Vs. | NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE |
| Antonio Martinez, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jose Daniel Castillo-Antonio, through his

attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal of this

entire matter with respect to all defendants and all causes of action, and requests that the clerk of the

Court enter the appropriate notation on the Court's docket.


Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio


September 4, 2015